**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**


IN RE:  Robert L.  Schwartz

                                    Case No.  10-71142-MBM


          Debtor.
_____/

Pamela Liggett,                       Case No.  11-cv-14834

          Appellant,               Hon.  Robert H.  Cleland
                                 MJ:  Mark A.  Randon
v

Robert L.  Schwartz,

          Appellee.
_____/

## ORDER FOR SUBSTITUTION OF ATTORNEY

This matter having come on to be heard upon the Stipulation of the parties and the Court being advised in the premises, now, therefore;

IT IS ORDERED that Charles J. Schneider be and he is hereby allowed to substitute his appearance as attorney of record for and on behalf of Pamela Liggett, Appellant herein, in the place and stead of Thomas J.  Budzynski.


                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE


Dated:  March 19, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 19, 2012, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522